```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03769
   MICHAEL WYNN
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-8967


--------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/19/2008 and was not confirmed.

     The case was dismissed without confirmation 07/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
US BANK NATIONAL          NOTICE ONLY     NOT FILED            .00             .00
ACCOUNT RECOVERY SERVICE  UNSECURED       NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         9621.04            .00             .00
CARDIOLOGY DIAGNOSTIC SE  UNSECURED       NOT FILED            .00             .00
BENJAMIN GRUBER           UNSECURED          291.67            .00             .00
AT&T                      UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO WATER DE  SECURED            319.00            .00             .00
COOK COUNTY TREASURER     SECURED           1833.00            .00             .00
RESCAP MORTGAGE           CURRENT MORTG        .00             .00             .00
RESCAP MORTGAGE           MORTGAGE ARRE     9898.38            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        460.00                         423.20
TOM VAUGHN                TRUSTEE                                            36.80
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    460.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                       423.20
TRUSTEE COMPENSATION                                  36.80
DEBTOR REFUND                                           .00
                         ---------------      ---------------
TOTALS                     460.00                    460.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03769 MICHAEL WYNN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```